JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JEAN-FRANCOIS JOMPHE<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation; MARIO LABAULT, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | USDC Case No.<br>**8:21-cv-01458-SPG-ADS**<br><br>**ORDER ON STIPULATION RE DISMISSAL**<br><br><br>Complaint Filed: 09/07/2021<br>Trial Date: 02/14/2023 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure*, Rule 41(a)(1).

DATED: November 29, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE